UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>                          Petitioner,<br><br>v.<br><br>UNKNOWN,<br><br>                          Respondent. | Case No.:  3:20-CV-1378 JLS (AHG)<br><br>**SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

Petitioner Darryl Dunsmore, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis.  The Court does not rule on Petitioner's request to proceed in forma pauperis because this case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

### PETITION BARRED BY GATEKEEPER PROVISION

The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his June 10, 2010 conviction in San Diego Superior Court Case No. SCS 215653.  On May 17, 2013, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in Case No. 13-CV-1193 GPC (PCL).  In that petition, Petitioner challenged his conviction in San Diego Superior Court Case No. SCS 215653 as well.  On August 10, 2015, this Court denied the petition on the merits.  (*See* Order filed Aug. 10,

2015 in case No. 13-CV-1193 GPC (PCL) [ECF No. 115].) Petitioner appealed that determination. On February 16, 2016, the Ninth Circuit Court of Appeals declined to issue a Certificate of Appealability. (*See* Order in *Dunsmore v. Harris, et al.*, No. 15-56308 (9th Cir. Feb. 16, 2016), filed in Case No. 13-CV-1193 GPC (PCL), ECF No. 131.)

Petitioner is now seeking to challenge the same conviction he challenged in his prior federal habeas petition.[1] Unless a petitioner shows he or she has obtained an Order from the appropriate court of appeals authorizing the district court to consider a successive petition, the petition may not be filed in the district court. *See* 28 U.S.C. § 2244(b)(3)(A). Here, there is no indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive petition.

## CONCLUSION

Because there is no indication Petitioner has obtained permission from the Ninth Circuit Court of Appeals to file a successive petition, this Court cannot consider his Petition. Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals.

Further, Petitioner has failed to make "a substantial showing of the denial of a constitutional right," and reasonable jurists would not find debatable this Court's assessment of his claims. *See* 28 U.S.C. § 2253(c). As such, a certificate of appealability is **DENIED**. *See* Rules Governing § 2254 Cases, Rule 11(a) (requiring the district court that issues an order denying a habeas petition to either grant or deny a certificate of

///
///
///

---

[1] Petitioner also filed a petition for writ of habeas corpus, challenging the same San Diego Superior Court conviction, on January 24, 2018, which this Court dismissed as successive on January 31, 2018. (*See Dunsmore v. Martel*, 18-CV-0172-H-PCL (S.D. Cal. 2018), ECF No. 7.)

appealability).  *For Petitioner's convenience, the Clerk of Court shall attach a blank Ninth Circuit Application for Leave to File Second or Successive Petition.*

**IT IS SO ORDERED.**

Dated:  August 4, 2020

Hon. Janis L. Sammartino
United States District Judge