UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>                                 Petitioner,<br><br>v.<br><br>UNKNOWN,<br><br>                                 Respondent. | Case No.:  3:20-cv-1378-JLS-AHG<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>(ECF No. 9) |

On July 17, 2020, Petitioner Darryl Dunsmore, a prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis.  On August 4, 2020, this Court dismissed the Petition as successive, pursuant to § 2244(b)(3)(A).  (ECF No. 3.)

On August 24, 2020, Petitioner filed a "Motion for Rehearing."  ("Mot.," ECF No. 5.)  The Court construed Petitioner's Motion as one filed pursuant to Federal Rule of Civil Procedure 60(b).  On November 5. 2020, the Court denied Petitioner's motion for reconsideration in part, granted it in part, and clarified its August 4, 2020 Order.  (ECF No. 9.)  The Court concluded that it appeared the Petition contained claims related to two different state court judgments.  As to claims relating to Petitioner's original 2010 judgment and conviction in San Diego Superior Court Case No. SCS 215653, those claims

remained dismissed as successive pursuant to 28 U.S.C. § 2244(b)(3)(A). To the extent Petitioner raised other claims related to an October 8, 2019 opinion from the California Court of Appeal in Case No. D074656 ordering Petitioner be resentenced, the Court granted Petitioner's motion for reconsideration to the extent those claims had been dismissed as successive. (*See id.* at 6.) As the Court stated in its November 5, 2020 Order, however, those claims and the Petition, remained dismissed because the Court must abstain from addressing claims for which state court proceedings are ongoing. *See Younger*, 401 U.S. at 45–46.

After filing his motion for reconsideration, Petitioner filed a motion to proceed in forma pauperis that is still pending before this Court. Because Petitioner's case has been dismissed, Petitioner's motion is **DENIED** as **MOOT**.[1]

**IT IS SO ORDERED.**

Dated: January 12, 2021

Hon. Janis L. Sammartino
United States District Judge

---

[1] Petitioner's appeal of the dismissal (ECF No. 11) is pending before the United State Court of Appeals for the Ninth Circuit. (*See* ECF No. 15 at 1.)